UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 17-cv-20165-JAL**

MIRLEN MOLINA, on her own behalf
and on behalf of those similarly situated,

    Plaintiff(s),

v.

ADRIANA CAMUSSO, individually,
ROBERTO CAMUSSO, individually,
CAMROS HOLDINGS, INC., a Florida
corporation, ROCNAT1, Inc., Florida
Corporation, d/b/a Chevron, and XYZ
ENTITIES 1-10 (fictitious names of
unknown liable entities).

    Defendants.
_____ /

**JOINT MOTION FOR APPROVAL AND
STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, MIRLEN MOLINA, and Defendants, ADRIANA CAMUSSO, ROBERTO CAMUSSO, CAMROS HOLDINGS, INC, ROCNAT1, Inc. d/b/a Chevron and XYZ ENTITIES 1-10, pursuant to Rule 41, Fed.R.Civ.P. and the parties' settlement, hereby stipulate to the dismissal of this action, with prejudice, based on the attached Settlement Agreement, which is hereby submitted for approval by the Court.

Plaintiff advises the Court that Plaintiff first provided pre-suit notice of her alleged claims for minimum and overtime wages and other relief to Defendants, ADRIANA CAMUSSO, ROBERTO CAMUSSO, CAMROS HOLDINGS, INC, ROCNAT1, Inc. d/b/a Chevron and XYZ ENTITIES 1-10, in October 2016. After attempting to resolve the matter amicably, Plaintiff subsequently filed this action on January 13, 2017, asserting counts for

alleged violations of the Fair Labor Standards Act (FLSA), Fla. Stat. § 448.110, and Article X, §24 of the Florida Constitution. Defendants deny that Plaintiff is entitled to any relief whatsoever in this case.

To avoid further costs, attorneys' fees and risk on both sides in this matter, the parties have agreed upon a compromise to resolve all claims between the parties. Under the parties' settlement, Defendants have agreed to pay consideration as follows: (a) $19,250.00 to Plaintiff, which includes (i) $5,574.96 for Plaintiff's alleged overtime wages, (ii) $5,574.96 for Plaintiff's alleged liquidated damages, and (iii) $8,100.08 for Plaintiff's alleged wrongful termination; and (b) $27,000.00 for Plaintiff's attorneys' fees and $750.00 for costs.

The parties respectfully submit that, in accordance with Eleventh Circuit precedent under Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350 (11th Cir. 1982), the resolution agreed upon herein is fair and reasonable, such that the parties request the Court approve their settlement and maintain jurisdiction over this action to enforce the settlement.

In agreeing upon the settlement in this matter, the parties have taken into account the expense and risk associated with completing discovery in a short time frame, the continued litigation risks and costs of defense, and the requested trial date of February 5, 2018. Further, the parties' settlement addresses Plaintiff's attorneys' fees and costs to ensure that Plaintiff has no out-of-pocket expense. In this regard, the consideration being paid under the parties' settlement provides for costs reimbursements covering the filing fee and service of process for multiple defendants. Similarly, the resolution of Plaintiff's attorneys' fees at the compromise sum of $27,000.00 is reasonable and appropriate based upon the circumstances of this potential collective action case for the work performed by Plaintiff's Counsel between October 2016 and the present, and Plaintiff's Counsel advises the Court that counsel for Plaintiff spent more than

97 hours at a blended rate of $395.00/hour litigating and attempting to resolve this matter favorably on Plaintiff's behalf.  No amounts will adversely affect or reduce the amounts allegedly owed by Defendants to Plaintiff or Plaintiff's recovery under the settlement.

Based on the foregoing, the parties respectfully request the Court issue an Order: (1) approving their settlement; and (2) dismissing this action with prejudice, retaining jurisdiction to enforce the payment plan and other terms of the parties' Settlement Agreement.

RESPECTFULLY SUBMITTED, this 25th day of April, 2017.

| | |
|---|---|
| **s/*Javier Banos Machado*** | **s/*Andres F. Fernandez*** |
| Javier Banos Machado, Esquire | Andres F. Fernandez, Esquire |
| Florida Bar No. 25706 | Florida Bar No. 111967 |
| Javier Banos Machado Law Service, P.A. | BERENS, FERNANDEZ & ASSOC. |
| 3126 Coral Way | 2100 Ponce de Leon Blvd., PH-2 |
| Miami, Florida 33145 | Coral Gables, Florida 33134 |
| Telephone: (786) 476-2000 | Telephone:  (305) 329-2990 |
| Email: lawservicespa@gmail.com | Email: fernandez@berensfernandez.com |
| Attorney for Defendants | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25th, 2017, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Filing.

/s/Andres F. Fernandez
Andres F. Fernandez, Esquire
Florida Bar No.: 111967
Jeanette Escudero
Florida Bar No.: 11104
Kevin Ackerman, Esquire
Florida Bar No.: 115385